# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140647

COMERICA BANK,
        Plaintiff-Appellee,

v

PMN PETROLEUM, INC., FRANJO DJELEVIC,
and GLOBAL FUEL, INC,
        Defendants,

and

KNIGHT ENTERPRISES, INC.,
        Defendant-Appellant.
_____/

SC: 140647
COA: 294077
Oakland CC: 2008-088624-CH

On order of the Court, the application for leave to appeal the January 14, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

y0517